## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES KOLE, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV1027(WWE) |
| v. | : | |
| WARDEN KUMA DEBOO, ET AL., | : | |
| Defendants. | : | November 20, 2003 |

## NOTICE OF LIMITED APPEARANCE

TO THE CLERK:

Please enter my appearance for all of the defendants for the limited purposes of (1) seeking an enlargement of time for the Department of Justice ("DOJ") to make a determination about DOJ representation of the individual defendants, all current or former federal officials sued in their individual capacities, and (2) seeking temporary relief from the planning and filing requirements of Local Rule 38, R. Civ. P. (D. Conn.).

If the DOJ decides to represent some or all of the defendants, the undersigned will then enter a general appearance on behalf of those defendants.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            CHRISTINE SCIARRINO
                                            ASSISTANT UNITED STATES ATTORNEY
                                            P.O. BOX 1824
                                            NEW HAVEN, CT  06510
                                            (203) 821-3780
                                            FEDERAL BAR NO. CT3393

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 20th day of November, 2003 to:

Agnes Kole
Inmate # 18423-050
FCI
Pembroke Station
Danbury, Connecticut    06811

---
CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY