UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES KOLE, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV1027(WWE) |
| v. | : | |
| WARDEN KUMA DEBOO, ET AL., | : | |
| Defendants. | : | November 20, 2003 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT, AND FOR TEMPORARY RELIEF FROM PLANNING CONFERENCE REQUIREMENTS OF LOCAL RULE 38

The defendants in this suit are three current federal officials.[1]

The defendants are sued for various alleged state law and federal violations. The plaintiff seeks relief, in part, pursuant to the judicial cause of action created in <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). The plaintiff seeks compensatory damages from the defendants.

Contemporaneous with this motion, the undersigned has filed a "Notice of Limited Appearance" on behalf of all of the defendants. Until the Department of Justice ("DOJ") makes a determination as to whether it will represent some or all of the defendants, the undersigned's appearance is for the purposes of seeking (1) a 60-day enlargement of time -- up to and including January 30, 2004 -- to allow the DOJ adequate time to address the representation issue, and (2) temporary relief from the Local Rule 38, R. Civ. P. (D. Conn.),

---

[1] The defendants are federal employees employed at FCI Danbury: Kuma DeBoo, Warden; Unit Manager Wilner; and Counselor Staiger.

planning conference report requirements. Until the issue of the defendants' legal representation is resolved, the undersigned cannot respond to the complaint or commit to the case management matters contained in Form 26(f) of Local Rule 38. If the DOJ were to decline to represent some or all of the defendants, they would be forced to retain private counsel or to proceed pro se.

This is the first motion for enlargement of time concerning the defendants' response time to the complaint. The plaintiff does not oppose the granting of this motion.

WHEREFORE, the defendants move for an enlargement of time up to and including January 30, 2004 to respond to the complaint, and for temporary relief from the requirements of Local Rule 38. If the Court were to enlarge the defendants' response time to January 30, 2004, the defendants would request that the time periods set forth in Local Rule 38 also begin to run on that date.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT  06510
(203) 821-3700
Federal No. CT03393

<u>Certification</u>

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 20th day of November, 2003 to:

Agnes Kole  
Inmate # 18423-050  
FCI  
Pembroke Station  
Danbury, Connecticut   06811

_____  
Christine Sciarrino