```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


AGNES KOLE                        :
                                  :              PRISONER
     v.                           :  Case No.  3:03CV1027(WWE)
                                  :
WARDEN KUMA DEBOO                 :
```

## RULING AND ORDER

Defendant seeks an extension of time to respond to the complaint as well as temporary relief from the planning conference requirements of Local Rule 38.

Rule 26(e)(3), D. Conn. L. Civ. R., formerly Rule 38, provides that the party planning conference requirement does not apply to prisoner petitions.  The court has construed this exception to encompass all cases filed by prisoners.  Because plaintiff is incarcerated, this case is exempt from the planning conference requirement.

Defendant's motion [**doc. #8**] is **GRANTED** as to the request for extension of time to respond to the complaint and **DENIED** as moot with regard to the request for relief from the requirements of Local Rule 38.

**SO ORDERED.**

Entered this 9th day of December, 2003, at Bridgeport, Connecticut.

```
                              _____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```