UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES KOLE, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV1027(WWE)(HBF) |
| v. | : | |
| WARDEN KUMA DEBOO, | : | |
| Defendant. | : | January 27, 2004 |

**GOVERNMENT'S SECOND MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT</u>**

This Court issued a Ruling on December 9, 2003, granting the Government's first motion for extension of time, allowing a thirty (30) day extension, up to and including January 30, 2004. The extension was granted to allow the Government time to determine whether it would represent the defendant(s), and if so, respond to the plaintiff's complaint. Since the entry of the Court's Ruling, the Department of Justice has approved the defendants' requests for representation, and the Government has prepared its Notice of Substitution.

Additionally, the Government has drafted a motion to dismiss, and supporting memorandum (approximately 30 pages in length), which are currently under review by counsel for the Bureau of Prisons ("BOP"). BOP counsel is located in Philadelphia, Pennsylvania. BOP counsel is not only reviewing the Government's proposed pleadings; but is also preparing and obtaining declarations from BOP personnel located in Danbury, Connecticut. It is estimated that final drafts of the Government's pleadings will be provided to undersigned counsel by January 30, 2004. The declarations and supporting exhibits from BOP personnel

located in Danbury, Connecticut, may be slightly delayed due to developing weather conditions. Undersigned counsel however, will also require a few additional days upon receipt of BOP counsel's submissions in order to review, finalize and assemble the pleadings/supporting documents, and then submit them to the Court for filing. Accordingly, the Government is requesting a brief, two week extension, to file its appearance and responsive pleadings. Undersigned counsel contacted the plaintiff, who does not oppose the granting of this motion.

Based upon the foregoing reasons, and in the interest of justice, the Government respectfully requests that this motion be granted, and an extension be granted up to and including February 17, 2004.

                                              Respectfully submitted,

                                              Kevin J. O'Connor
                                              United States Attorney

                                              Christine Sciarrino
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              P.O. Box 1824
                                              New Haven, CT   06510
                                              (203) 821-3700
                                              Federal No. CT03393

<u>Certification</u>

      I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, on January 27, 2004 to:

Agnes Kole
Inmate # 18423-050
FCI
Pembroke Station
Danbury, Connecticut    06811

 

_____
Christine Sciarrino