UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
AGNES KOLE                          :
                                    :              PRISONER
     v.                             :   Case No.  3:03CV1027(WWE)
                                    :
WARDEN KUMA DEBOO                   :
```

### RULING AND ORDER

Defendant seeks an extension of time until February 17, 2004, to respond to the complaint. Defendant's motion [**doc. #10**] is **GRANTED.**

**SO ORDERED.**

Entered this 5th day of February, 2004, at Bridgeport, Connecticut.

```
                          __/s/_____
                          HOLLY B. FITZSIMMONS
                          UNITED STATES MAGISTRATE JUDGE
```