UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AGNES KOLE, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV1027(WWE) |
| v. | : | |
| WARDEN KUMA DEBOO, ET AL., | : | |
| Defendants. | : | February 19, 2004 |

DEFENDANTS' MOTION TO DISMISS

The United States hereby moves pursuant to Fed.R.Civ.P. 12(b)(1) and (6) to dismiss this suit in its entirety, based upon the reasons articulated in the accompanying memorandum in support of motion to dismiss, filed simultaneously herewith. Accordingly, the United States respectfully requests that this motion be granted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney


Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT   06510
(203) 821-3700
Federal No. CT03393

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 19th day of February, 2004, to:

Agnes Kole
Inmate # 18423-050
FCI
Pembroke Station
Danbury, Connecticut    06811

_____
Christine Sciarrino