UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 FEB 20 A 9:59

| | |
|---|---|
| AGNES KOLE, | : |
| Plaintiff, | : CIVIL NO. 3:03CV1027(WWE) |
| v. | : |
| WARDEN KUMA DEBOO, ET AL., | : |
| Defendants. | : February 19, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed Exhibits 1 through 9 supporting the Government's motion to dismiss. The exhibits are being filed manually because the electronic file size of the exhibits exceeds 1.5 megabytes.

The Government's motion, memorandum and supporting exhibits will be manually served on the plaintiff.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1824
New Haven, CT 06510
(203) 821-3700
Federal No. CT03393

## Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 19th day of February, 2004, to:

Agnes Kole
Inmate # 18423-050
FCI
Pembroke Station
Danbury, Connecticut   06811

_____
Christine Sciarrino