UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 FEB 17 P 2:46

| | | |
|---|---|---|
| AGNES KOLE, | : | |
| Plaintiff, | : | CIVIL NO. 3:03CV1027(WWE)(HBF) |
| v. | : | |
| WARDEN KUMA DEBOO, | : | |
| Defendant. | : | February 17, 2004 |

**GOVERNMENT'S THIRD MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

This Court has issued two previous extensions of time, up to February 17, 2004, to permit the Government to respond to the plaintiff's complaint. The Government's has completed its Notice of Substitution, Motion to Dismiss and 33 page supporting memorandum, with exhibits. The Government's memorandum includes a lack of subject matter jurisdiction argument based on 28 U.S.C. § 2680(a), discretionary function exception ("DFE"). This portion of the Government's memorandum is currently under review by the Department of Justice, awaiting its approval. The Department's approval for raising a DFE argument is required before undersigned counsel may file the Government's motion and supporting documents. Undersigned counsel anticipates that the Department's approval will be forthcoming over the next few days, and accordingly requests a four (4) day extension, up to and including February 20, 2004.

Government counsel is unable to ascertain plaintiff's position with respect to this request due to her incarceration.

Motion GRANTED to 2/20/04 nunc pro tunc 2/24/04