UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KOLE, | : | 2004 FEB 25 A 9: 24 |
|     Plaintiff, | : | |
| v. | : | No. 3:03CV1027(WWE) |
| DEBOO, et al. | : | |
|     Defendants. | : | |

### ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable Judge Janet B. Arterton for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:03cv1027(JBA). Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

    IT IS SO ORDERED.

    Dated this 24TH day of February, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S. District Judge