```
DANTJ            *         PROGRAM REVIEW REPORT          *    03-14-2002
PAGE 001                                                       13:41:49

INSTITUTION: DAN  DANBURY FCI

NAME.......: KOLE, AGNES                           REG. NO: 18423-050
RESIDENCE..: LAGOS, NI

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:          9/2002

PROJ. RELEASE DATE..: 02-10-2011        RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE              HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW:  3/2003    DETAINERS (Y/N): Y

CIM STATUS (Y/N)....: N                 IF YES, RECONCILED (Y/N): ____

PENDING CHARGES.....:  IN Detainer

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N)....: Y
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | | CURRENT ASSIGNMENT | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | CF REMOVAL | COMMON FARE PROGRAM REMOVAL | 02-21-1999 | 1445 |
| CMA | CFSR | CERT FOOD SINCERITY REMOVAL | 11-15-2001 | 1753 |
| CMA | IHP PEND | IMMIG FUTURE IHP PART DATE | 10-23-1997 | 1006 |
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 09-03-2002 | 1251 |
| CMA | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 07-06-2000 | 0938 |
| CMA | V94 CDB913 | V94 CURR DRG TRAF BEFORE 91394 | 09-06-1996 | 1556 |
| CUS | IN | IN CUSTODY | 08-06-1996 | 1018 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 09-06-1996 | 1557 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 08-13-1996 | 1423 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-28-2002 | 1054 |
| FRP | PART | FINANC RESP-PARTICIPATES | 02-11-1998 | 1440 |
| LEV | LOW | SECURITY CLASSIFICATION LOW | 07-23-1996 | 1512 |
| MDS | COLD/WIND | NO EXCESS COLD/WIND | 10-10-2000 | 0745 |
| MDS | LOWER BUNK | LOWER BUNK REQUIRED | 10-10-2000 | 0745 |
| MDS | OTHER | OTHER MEDICAL RESTRICTION | 01-08-2002 | 1029 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-03-1998 | 0939 |
| QTR | A02-033L | HOUSE A/RANGE 02/BED 033L | 09-04-2001 | 1008 |
| RLG | JEWISH | JEWISH | 08-26-1996 | 1909 |
| WRK | CBL QC | CABLE QUALITY CONTROL | 07-03-2001 | 1049 |

WORK PERFORMANCE RATING: _Good Work [reviews]_

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: _None — Good Job!!!_

FRP PLAN/PROGRESS: _Balance Fine - $3289.40_
_Last 6 month dy pmt $381/51     Last payment - 3/8/02_

```
DANTJ            *        PROGRAM REVIEW REPORT         *        03-14-2002
PAGE 002                                                          13:41:49
```

RELEASE PREPARATION PARTICIPATION: _Ineligible_

CCC RECOMMENDATION: _O/A due to IWS Status_

PROGRESS MADE SINCE LAST REVIEW: _No progress in programs - However,_
_he maintained clear conduct._

GOALS FOR NEXT PROGRAM REVIEW MEETING:
_Maintain clear conduct_
_Participate in Recreational Activity - continue walking_
_Continue participation in Religious Activity_
_Continue participation in Financial Responsibility program_
_Participate in Educational programs - GED - per last review - Done_

LONG TERM GOALS: _Obtain GED - received upon home_
_Clear conduct_
_Positive attitude_
_Pay fine_
_Willacoll Business class_

OTHER INMATE REQUESTS/TEAM ACTIONS:
_FRP - fighting case for payment - made motion 1998 of fine payment_
_on hold?? Need to provide documentation on_
_filed motion._

```
DANTJ              *      PROGRAM REVIEW REPORT        *      03-14-2002
PAGE 003 OF 003                                                13:41:49
```

SIGNATURES:

UNIT MANAGER: _[signature]_           INMATE: _[signature]_

DATE: 3/19/02                          DATE: 3-19-02

BP-S148.55 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Ms. Mc Arthur | 05-07-04 |
| FROM: | REGISTER NO.: |
| Agnes Kole | 18423-050 |
| WORK ASSIGNMENT: | UNIT: |
| UNICOR | 1-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to know the current balance of my fine.

Thank you

$550.29 Balance @ 05/13/04

Do not write below this line

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)       This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94



BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 05-07-04 |
|---|---|
| ~~Business Office~~ | |
| ~~FROM:~~ TO Agnes Kole | REGISTER NO.: 18423-050 |
| WORK ASSIGNMENT: UNICOR | UNIT: 1-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I requesting a print out all monies taken from my account towards my fine since 1996. I would also like to know my current balance owed.

(Do not write below this line)

DISPOSITION:

Copies enclosed — Keep → we will not run these for you again. I don't know your balance — you will have to see your case manager for that.

Signature Staff Member    Date 5/12/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)            This form replaces BP-148.070 dated Oct 86
                                                and BP-S148.070 APR 94

Date: 05/12/2004
Time: 2:52:53 pm

Federal Bureau of Prisons
TRUFACS
**Withdrawal Reports**
Limited Official Use

Facility: DAN

Inmate Reg#: 18423050
Start Date: 01/01/2001
End Date: 05/12/2004
Withdrawal Type: FRP Unicor Pymt
Site Name: Danbury FCI

| Alpha Code | Inmate Reg# | Inmate Name | Payee Name | Withdrawal Type | Amount | Ref# | Pymt# | Date |
|---|---|---|---|---|---|---|---|---|
| DAN | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($92.81) | 002015 | | 12/06/2002 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($91.82) | 002018 | | 12/05/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($124.43) | 002009 | | 11/06/2002 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($99.61) | 002009 | | 11/05/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($100.10) | 002002 | | 10/03/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($93.60) | 002085 | | 09/05/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($105.79) | 002078 | | 08/05/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($93.11) | 002071 | | 07/07/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($95.63) | 002058 | | 06/06/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($81.41) | 002052 | | 05/06/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($147.40) | 002074 | | 05/05/2004 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($69.23) | 002043 | | 04/07/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($218.03) | 002058 | | 04/05/2004 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($76.24) | 002034 | | 03/06/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($191.07) | 002052 | | 03/05/2004 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($82.11) | 002028 | | 02/06/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($110.79) | 002036 | | 02/05/2004 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($70.38) | 002021 | | 01/06/2003 |
| | 18423050 | KOLE, AGNES | BOP | FRP Unicor Pymt | ($95.55) | 002028 | | 01/05/2004 |

Count: 19  Total: ($2,039.11)

Date: 05/12/2004
Time: 2:53:13 pm

Facility: DAN

Federal Bureau of Prisons
TRUFACS
**Withdrawal Reports**
Limited Official Use

Inmate Reg#: 18423050
Start Date: 10/15/2001
End Date: 05/12/2004
Withdrawal Type: FRP Single Pymt
Site Name: Danbury FCI

| Alpha Code | Inmate Reg# | Inmate Name | Payee Name | Withdrawal Type | Amount | Ref# | Pymt# | Date |
|---|---|---|---|---|---|---|---|---|
| DAN | 18423050 | KOLE, AGNES | BOP | FRP Single Pymt | ($700.00) | 002004 | | 10/10/2002 |
| | | | | Total: | ($700.00) | | | |

Count: 1

```
FCI DANBURY
FRP PAYMENTS
```

2001

| INMATE NO. | INMATE NAME | DATE | REF. # | AMOUNT | CDE | DESCRIPTION |
|---|---|---|---|---|---|---|

TOTAL NET TRANSACTIONS                .00

```
FCI  DANBURY                                                           2000
FRP  PAYMENTS                        Date: 05/17/04  14:59  STATION 77
```

| INMATE NO. | INMATE NAME | | DATE | REF. # | AMOUNT | CDE DESCRIPTION |
|---|---|---|---|---|---|---|
| | | TOTAL NET TRANSACTIONS | | | .00 | |

```
FCI  DANBURY  LIMITED  USE                                                      1999
FRP  PAYMENTS                    Date: 05/12/04  14:58  STATION 77
                                                                         Page 1

INMATE NO.  INMATE NAME                          DATE    REF. #    AMOUNT  CDE DES
CRIPTION
_____

                                 TOTAL NET TRANSACTIONS              .00
```

Page 1

| INMATE NO. | INMATE NAME | DATE | REF. # | AMOUNT | PAGE DESCRIPTION |
|---|---|---|---|---|---|
| 18423050 | KOLE, AGNES NMI | 04/09/98 | APR*98 | 35.60- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 03/10/98 | MAR*98 | 200.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 02/11/98 | FEB*98 | 200.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 01/09/98 | JAN*98 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 12/11/97 | 12*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 11/10/97 | 11*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 10/14/97 | 10*97 | 25.00- | WFR-FIN. RESP. ACT |
| | | TOTAL NET TRANSACTIONS | | 535.60- | |

```
FCI DANBURY                                                                    1997
FRP PAYMENTS                     Date: 05/12/04  14:55  STATION 77
```

| INMATE NO. | INMATE NAME | DATE | REF. # | AMOUNT | CDE DESCRIPTION |
|---|---|---|---|---|---|
| 18423050 | KOLE, AGNES NMI | 09/10/97 | SEP*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 08/11/97 | AUG*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 07/10/97 | JUL*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 06/11/97 | JUN*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 05/09/97 | APR*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 04/11/97 | APRL97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 03/11/97 | MAR*97 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 02/10/97 | FEB*7 | 25.00- | WFR-FIN. RESP. ACT |
| 18423050 | KOLE, AGNES NMI | 01/09/97 | 173*97 | 25.00- | WFR-FIN. RESP. ACT |

```
                              TOTAL NET TRANSACTIONS      225.00-
```

```
FCI  DANBURY                                                              1996
FRP  PAYMENTS
```

| INMATE NO. | INMATE NAME | DATE | REF. # | AMOUNT | CDE DESCRIPTION |
|---|---|---|---|---|---|
| | | TOTAL NET TRANSACTIONS | | .00 | |