UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AGNES KOLE

                                        PRISONER

   v.                           CIVIL NO. 3:03CV1027 (JBA)

KUMA DEBOO

## J U D G M E N T

This cause came on for consideration of the defendant's Motion to Dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion and all the related papers.  On July 27, 2004, the Court filed its Ruling granting the motion and dismissing the plaintiff's claims.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of July, 2004.

                                                    KEVIN F. ROWE, Clerk

                                                    By s/s Cynthia Earle
                                                        Cynthia Earle
                                                        Deputy Clerk

Entry on Docket _____